No. 79–1510.  TUCKER *v.* ANDERSON.  C. A. 2d Cir.  Certiorari denied.

No. 79–1511.  ARCHER *v.* AIRLINE PILOTS ASSN., INTERNATIONAL.  C. A. 9th Cir.  Certiorari denied.

No. 79–1512.  WESTOVER ET VIR *v.* TOLEDO.  Sup. Ct. Fla.  Certiorari denied.

No. 79–1533.  W. R. GRACE & CO., INC. *v.* E-T INDUSTRIES, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 79–1569.  YANKTON SIOUX TRIBE *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 79–1573.  BERGEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79–1578.  CALDWELL ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 79–1591.  RODGERS *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 79–1609.  HANIGAN ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79–1632.  PROVENZANO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 79–1633.  MARINO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 79–1634.  STARR ET AL *v.* NIXON, FORMER PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 79–1638.  HOGBERG *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.